**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES W. MILLER**                                                                      **PLAINTIFF**

V.                                   **NO. 5:08CV00133-BD**

**SUSAN POTTS**                                                                         **DEFENDANT**

## JUDGMENT

In accordance with the findings of fact and conclusions of law announced from the bench at the conclusion of the trial in this case, Judgment is hereby entered in favor of Defendant Susan Potts and against Plaintiff James W. Miller.

The case is dismissed with prejudice. All pending motions are denied as moot.

DATED this 9th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE